AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

UNITED STATES OF AMERICA
V.

Isaac Stanley Goettie

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: CR597-00003-020

USM Number: 09458-021

William Robert Little, III
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of mandatory and standard conditions of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 28, 2007 |
| 2 | The defendant failed to report to the probation officer as directed by the Court or probation officer (standard condition). | March 1, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: 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

Defendant's Date of Birth: November 18, 1954

June 1, 2007
Date of Imposition of Judgment

_Signature of Judge_

Defendant's Residence Address:
411 Wilkerson Street
Waycross, Georgia 31501

Defendant's Mailing Address:
411 Wilkerson Street
Waycross, Georgia 31501

William T. Moore, Jr.
Chief Judge, U.S. District Court
Name and Title of Judge

June 4, 2007
Date

DEFENDANT: Isaac Stanley Goettie
CASE NUMBER: CR597-00003-020

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>9 months</u>.

[X]   The Court makes the following recommendations to the Bureau of Prisons:
      The defendant be incarcerated at the facility located in Jesup, Georgia.

[X]   The defendant is remanded to the custody of the United States Marshal.
[ ]   The defendant shall surrender to the United States Marshal for this district,

  [ ] at ___ [ ] a.m. [ ] p.m. on _____.
  [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

United States Marshal

By _____
Deputy United States Marshal